UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWONKA ELAINE COMPTON,<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S COMPANIES, INC.,<br><br>    Defendant. | Case No. 08-cv-809-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: February 8, 2011**                    NANCY ROSENSTENGEL, CLERK


                                **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert_____
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**

1